# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00811-CR

**The State of Texas, Appellant**

**v.**

**Carmen Uballe, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
### NO. C-1-CR-12-215090, HONORABLE BRANDY MUELLER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant The State of Texas has filed a motion to dismiss by withdrawing its notice of appeal. The State's motion to withdraw its notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   February 20, 2014

Do Not Publish